UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBBIE LEON HURST, | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) Case No. 1:07-cv-00973-WMA-HGD |
| | ) |
| BILLY MITCHEM, WARDEN, and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents | ) |

## DISMISSAL ORDER

On June 11, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On June 21, 2007, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED pursuant to 28 U.S.C. § 2244(b) and for failure to comply with 28 U.S.C. § 2244(b)(3)(A).

DONE this 27th day of June, 2007.

```
                              _____
                              WILLIAM M. ACKER, JR.
                              UNITED STATES DISTRICT JUDGE
```